■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIK JOHNSON, Appellant. [943 NYS2d 910]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lasak, J.), rendered March 25, 2010, convicting him of murder in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was convicted, upon a jury verdict, of murder in the second degree and criminal possession of a weapon in the fourth degree. The defendant appeals from the judgment of conviction. We affirm.

"[E]ven if the Supreme Court erred in denying the defendant's request for a missing witness charge, any error was harmless, as there was overwhelming evidence of the defendant's guilt and no significant probability that the error contributed to his conviction" (*People v Smalls*, 81 AD3d 669, 670 [2011]; *see People v Chardon*, 83 AD3d 954, 955 [2011]; *compare People v Brown*, 75 AD3d 515, 516 [2010]). For the same reason, any error in admitting certain hearsay testimony of third parties as to what the victim and one of the witnesses said was harmless (*see People v Harvey*, 270 AD2d 959, 960 [2000]).

The defendant's remaining contention is without merit. Angiolillo, J.P., Lott, Roman and Miller, JJ., concur.